# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JACKSON SHRUM, et al., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 11-CV-794-GKF-FHM ) |
| AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY, | ) ) ) ) |
| Defendant. | ) |

## OPINION AND ORDER

Defendant's Motion to Compel Nonparties and Brief in Support [Dkt. 20] is before the court for decision. No response has been filed by Plaintiff and the time to file a response has expired. Defendant's motion is deemed confessed. LCvR.7.2 (e).

Defendant's Motion to Compel Nonparties and Brief in Support [Dkt. 20] is GRANTED. The nonparties are ordered to produce the subpoenaed documents.

DATED this 16th day of July 16, 2012.

FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE