IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) JACKSON SHRUM, an individual<br>(2) REBECCA SHRUM, an individual,<br><br>        Plaintiffs,<br><br>vs.<br><br>(1) AMERICAN NATIONAL PROPERTY<br>    AND CASUALTY COMPANY,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 11-CV-794-GKF-FHM |

## APPLICATION FOR ORDER
## OF DISMISSAL WITH PREJUDICE

**COME NOW** the Plaintiffs, Jackson Shrum and Rebecca Shrum, and move this Court to enter an Order herein, dismissing Plaintiffs' cause of action with prejudice for the reason and upon the grounds that a settlement of the issues herein has been reached.

Respectfully Submitted,

_____
Patrick F. Collogan, OBA #30529
Scott R. Jackson, OBA #17502
Martin, Jean & Jackson
PO Drawer 15778
Ponca City, OK 74602
(580) 765-9967 - phone; (580) 763-0750 - fax
pcollogan@mjjlawfirm.com
sjackson@mjjlawfirm.com
Attorneys for Plaintiff.

1

## Certificate of Service

I hereby certify that on December 17, 2012, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

W. R. Cathcart, OBA #1566
Virginia Cathcart Holleman, OBA #15422
2807 Classen Boulevard
Oklahoma City, Oklahoma 73106
Phone: 405/524-1110
Fax: 405/524-4143
bcathcart@cathcartdooley.com
vholleman@cathcartdooley.com

_____
Pat Collogan