# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

JACKSON SHRUM, an individual, )
and REBECCA SHRUM, an individual, )
)
Plaintiffs, )
) Case No. 11-CV-794-GKF -FHM
v. )
)
AMERICAN NATIONAL PROPERTY )
AND CASULATY COMPANY, )
)
Defendant. )

## ORDER

Pursuant to the Application for Order of Dismissal with Prejudice [Dkt. #37] filed by plaintiffs, Jackson Shrum and Rebecca Shrum, this case is hereby dismissed with prejudice.

ENTERED this 17th day of December, 2012.

GREGORY K. FRIZZELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT